DOHSE, Respondent, v. VILLAGE OF BATAVIA, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1905.) Action by Charles Dohse against the village of Batavia.

PER CURIAM. Judgment and order affirmed, with costs.

STOVER, J., not voting.

DOMEYER v. HOES. (Supreme Court, Appellate Division, First Department. January 13, 1905.) Action by Charlotte Domeyer against William M. Hoes. No opinion. Motion denied, with $10 costs.

DOUGLAS, Appellant, v. DOUGLAS, Respondent. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by William S. Douglas against Elizabeth R. Douglas. • W. D. Leonard, for appellant. H. L. Sprague, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements, with leave to appellant to renew application after the oldest child becomes 14 years of age.

DUKE, Appellant, v. O'DELL et al., Respondents. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by Brodie L. Duke against Daniel O'Dell and others. W. F. Goldbeck, for appellant. R. R. Rogers, for respondents. No opinion. Judgment affirmed, with costs.

DUNHAM v. DERAISMES (two cases). (Supreme Court, Appellate Division, First Department. January 13, 1905.) Action by Robert E. Dunham against John A. Deraismes. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

EAGER, Respondent, v. DRY DOCK, E. B. & B. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Mary J. Eager, as administratrix, against the Dry Dock, East Broadway & Battery Railroad Company. B. H. Ames, for appellant. G. W. Alger for respondent. No opinion. Judgment and order affirmed, with costs.

EASINGWOOD, Respondent, v. RUDD, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by Arthur L. Easingwood against Joseph Rudd.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law and fact. Held, that the verdict was contrary to and against the weight of the evidence.

ELLMANN, Respondent, v. CITY OF NORTH TONAWANDA, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by Maria Ellmann against the city of North Tonawanda.. No opinion. Judgment and order affirmed, with costs.

ELSEY, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by George Elsey against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

ELSEY, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by George Elsey against the International Railway Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

ENGEMAN, Respondent, v. REISSE, Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1905.) Action by William A. Engeman against Charles W. Reisse. No opinion. Appeal dismissed by default, with costs.

EPPENS, SMITH & CO. v. HARTFORD FIRE INS. CO. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by Eppens, Smith & Co. against the Hartford Fire Insurance Company. No opinion. Motion denied, with $10 costs.

ERN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by Frank Ern against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment and order affirmed. with costs.

WOODWARD, J., dissents.

EVANS, Respondent, v. EVANS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by Mary Ann Evans against Thomas Evans.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over, or take such other proceedings as he may be advised, upon payment of the costs of the demurrer and of this appeal. Held, that the complaint states but one cause of action, namely, for separation.

FAIRCHILD, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by John F. Fairchild against the city of Mt. Vernon. No opinion. Order affirmed, with $10 costs and disbursements.

FAIRWEATHER, Appellant, v. BURLING, Respondent. (Supreme Court, Appellate Division, Second Department. January 19, 1905.) Action by Eliza Fairweather against Catherine Hall Burling. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

FARLEY, Respondent, v. MONAHAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by Thomas M. Farley against Hugh V.